# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA VAZQUEZ, individually and on behalf of all others similarly situated, | : : : : |
| *Plaintiff*, | : Civil Action No.: 15-cv-07220 (WHW)(CLW) : |
| v. | : Hon. William H. Walls : |
| TRIAD MEDIA SOLUTIONS, INC., a New Jersey corporation, ZETA INTERACTIVE CORPORATION, a Delaware Corporation, and SPIRE VISION LLC, a Delaware Corporation, | : Hon. Cathy L. Waldor : : : : : |
| *Defendants*. | : |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Norma Vazquez ("Plaintiff"), Defendant TriAd Media Solutions, Inc. ("TriAd"), Defendant Zeta Interactive Corporation ("Zeta"), and Defendant Spire Vision LLC ("Spire") (collectively, the "Parties"), by their respective undersigned attorneys, hereby stipulate and agree that Plaintiff's individual claims against Defendants are dismissed with prejudice, and Plaintiff's class claims asserted on behalf of the proposed class against Defendants are dismissed without prejudice. All parties are to bear their own costs and attorneys' fees. This stipulation does not pertain to Defendant TriAd's crossclaim against Defendants Zeta and Spire.

Dated: July 18, 2017          **LITE DEPALMA GREENBERG, LLC**

*/s/ Joseph J. DePalma*
Joseph J. DePalma
jdepalma@litedepalma.com
570 Broad Street - Suite 1201
Newark, New Jersey 07102
Tel.: (973) 623-3000
Fax: (973) 623-0858

693156.1

**SIPRUT PC**
Joseph J. Siprut
jsiprut@siprut.com
Richard L. Miller II
rmiller@siprut.com
Ke Liu
kliu@siprut.com
17 North State Street
Suite 1600
Chicago, IL 60602
Tel.: 312.236.0000
Fax: 312.241.1260

*Attorneys for Plaintiff and the Proposed Putative Class*

**BRESSLER, AMERY & ROSS, P.C.**

*/s/ Kenneth J. Cesta*
Mark M. Tallmadge
mtallmadge@bressler.com
Kenneth J. Cesta
kcesta@bressler.com
325 Columbia Turnpike
Florham Park, New Jersey 07932
Tel.: (973) 514-1200
Fax: (973) 514-1660

*Attorneys for Defendant, TriAd Media Solutions, Inc.*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Peter G. Siachos*
Peter G. Siachos
psiachos@gordonrees.com
18 Columbia Turnpike - Suite 220
Florham Park, NJ 07932
Tel.: (973) 549-2500
Fax: (973) 377-1911

**NEWMAN DU WORS LLP**
John Du Wors
john@newmanlaw.com
Samantha Everett
sam@newmanlaw.com

-3-

        Nathan Durrance
        nate@newmanlaw.com
        2101 Fourth Avenue - Suite 1500
        Seattle, WA 98121
        Tel.: (206) 274-2800
        Fax: (206) 274-2801

        ***Attorneys for Defendants, Zeta Interactive***
        ***Corporation and Spire Vision LLC***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation Of Dismissal Of Plaintiff's Claims Only** was filed on this 18th day of July 2017 via the electronic filing system of the District of New Jersey, which will automatically serve all counsel of record.

<em>/s/ Joseph J. DePalma</em>

693156.1