UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-1124

_____

NORMA VAZQUEZ, Individually and on behalf of all others similarly situated

v.

TRIAD MEDIA SOLUTIONS, INC., A New Jersey Corporation; ZETA INTERACTIVE
CORPORATION; SPIRE VISION LLC

Zeta Interactive Corp.; Spire Vision LLC,
Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 2:15-cv-07220)
District Judge: Hon. William H. Walls

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
November 20, 2019

Before: CHAGARES, MATEY, and FUENTES, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court

for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a)

on November 20, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on December 14, 2018, is hereby AFFIRMED. Costs will be taxed against Appellants. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED:  December 16, 2019